# IN THE SUPREME COURT OF PENNSYLVANIA

TRACIE PROCANYN,                            :  No. 5 MAP 2017
                                            :
            Appellant                       :
                                            :  Notice of Appeal and Jurisdictional
            v.                              :  Statement
                                            :
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF HEALTH, AND           :
SERVICE EMPLOYEES                    :
INTERNATIONAL UNION, HEALTHCARE :
PENNSYLVANIA,                        :

            Appellees


## ORDER


**PER CURIAM**


    **AND NOW**, this 7th day of April, 2017, the Notice of Appeal is quashed.